```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         FEB 19 2014

      CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br>Willie Joe Frink<br><br>　　　　　Defendant. | Case No.: 2:13cr-0247-RCJ-CWH<br><br>**CONSENT OF DEFENDANT** |

Defendant, Willie Joe Frink, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

_____
Defendant

_____　　　　_____
Counsel for Defendant　　　　　　　Assistant U.S. Attorney

DATED: this 19TH day of February, 2014.

APPROVED:

_____
ROBERT C. JONES
United States District Judge