1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                Case No.: 2:13-CR-00247-RCJ-CWF

9              Plaintiff,

10        vs.
                                                              **ORDER**
11   WILLIAM JOE FRINK,

12             Defendant.

13   _____

14

15   **MINUTE ORDER IN CHAMBERS**

16        Presently before the Court is Plaintiff's Motion for Status Hearing (ECF #54).  The Court

17   ordered the defendant detained for thirty-days at the revocation hearing on May 20, 2016.  The Court

18   allowed the defendant the opportunity to serve that time intermittently if he was able to arrange such a

     scheduled.  The Court further ordered that if the defendant was not able to arrange intermittent
19
     confinement, he was to report to the US Marshal to serve his sentence.  The Government requests a
20
     status hearing to determine whether the defendant has made appropriate arrangements or, alternatively,
21
     to set a date on which the defendant must report to the US Marshals to serve his time.  Accordingly,
22
          IT IS HEREBY ORDERED that the Motion for Status Hearing (ECF #54) is GRANTED.  A
23
     Status Conference is set for 2:00 P.M. Wednesday, June 29, 2016, in LAS VEGAS Courtroom 4B,
24
     before Judge Robert C. Jones.
25
          IT IS SO ORDERED this 1ˢᵗ day of June, 2016.
26

27
                                                    _____
28
                                                    ROBERT C. JONES
                                                    District Judge